No. 1097, Misc. Ross *v.* Beto, Corrections Director. Ct. Crim. App. Tex. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Donald C. Roylance* for petitioner.